IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAXTON COOPER, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 15-6721 |
| | : | |
| v. | : | |
| | : | |
| THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : : : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 2nd day of February, 2016, after considering the petition under 28 U.S.C. § 2254 and the application to proceed *in forma pauperis* filed by the *pro se* petitioner, Braxton Cooper (Doc. Nos. 1, 1-1); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1.  The application to proceed *in forma pauperis* (Doc. No. 1-1) is **GRANTED** for the limited purpose of satisfying the filing fee requirement;

2.  The petition (Doc. No. 1) is **DISMISSED** for failure to state a claim for which habeas corpus relief may be granted;

3.  There is no cause for a certificate of appealability; and

4.  The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.